B1040 (FORM 1040) (12/15)

| ADVERSARY PROCEEDING COVER SHEET<br>(Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER<br>(Court Use Only) |
|---|---|

**PLAINTIFFS**
Beverly Ann Tilener

**DEFENDANTS**
Crediauto USA Financial Company LLC

FILED
2017 APR 18 PM 12:55:00
BANKRUPTCY CLERK
SO. DISTRICT OF CALIF.

**ATTORNEYS** (Firm Name, Address, and Telephone No.)

**ATTORNEYS** (If Known)

**PARTY** (Check One Box Only)
[✓] Debtor      [ ] U.S. Trustee/Bankruptcy Admin
[ ] Creditor    [ ] Other
[ ] Trustee

**PARTY** (Check One Box Only)
[ ] Debtor      [ ] U.S. Trustee/Bankruptcy Admin
[ ] Creditor    [ ] Other
[ ] Trustee

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)
Complaint Seeking Turnover of Property

**NATURE OF SUIT**
(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
[✓] 11 - Recovery of money/property - § 542 turnover of property
[ ] 12 - Recovery of money/property - § 547 preference
[ ] 13 - Recovery of money/property - § 548 fraudulent transfer
[ ] 14 - Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
[ ] 21 - Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
[ ] 31 - Approval of sale of property of estate and of co-owner - § 363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
[ ] 41 - Objection / revocation of discharge - § 727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
[ ] 51 - Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
[ ] 66 - Dischargeability - § 523(a)(1),(14),(14A) priority tax claims
[ ] 62 - Dischargeability - § 523(a)(2), false pretenses, false representation, actual fraud
[ ] 67 - Dischargeability - § 523(a)(4), fraud as fiduciary, embezzlement, larceny
(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
[ ] 61 - Dischargeability - § 523(a)(5), domestic support
[ ] 68 - Dischargeability - § 523(a)(6), willful and malicious injury
[ ] 63 - Dischargeability - § 523(a)(8), student loan
[ ] 64 - Dischargeability - § 523(a)(15), divorce or separation obligation (other than domestic support)
[ ] 65 - Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
[ ] 71 - Injunctive relief - reinstatement of stay
[ ] 72 - Injunctive relief - other

**FRBP 7001(8) Subordination of Claim or Interest**
[ ] 81 - Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
[ ] 91 - Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
[ ] 01 - Determination of removed claim or cause

**Other**
[ ] SS-SIPA Case – 15 U.S.C. §§ 78aaa et.seq.
[ ] 02 - Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

[ ] Check if this case involves a substantive issue of state law
[ ] Check if a jury trial is demanded in complaint

[ ] Check if this is asserted to be a class action under FRCP 23
Demand $

Other Relief Sought

B1040

B1040 (Page 2) (12/15)

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR<br>Beverly Ann Filener | | BANKRUPTCY CASE NO.<br>17-01686-LT 13 |
| DISTRICT IN WHICH CASE IS PENDING<br>Southern District | DIVISIONAL OFFICE | NAME OF JUDGE |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISIONAL OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF) | | |
| DATE<br>04-18-17 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>Beverly Ann Filener | |

## INSTRUCTIONS

   The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

   A party filing an adversary proceeding must also complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

   The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and the defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and in the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

B1040

IN THE UNITED STATED BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA

IN RE: BEVERLY ANN FIILENER

17-01685-LT13
CHAPTER 13

BEVERLY ANN FIILENER     PLAINTIFF

V.

17-90100

CREDIAUTO USA FINANCIAL COMPANY, LLC     DEFENDANT

Complaint Seeking Turnover of Property
Pursuant to 11 U.S.C. § 542

1. Plaintiff is the Debtor in the above-captioned Chapter 13 case. This court thus has jurisdiction over this proceeding, which arises in a case under the Bankruptcy Code and concerns property of the Debtor, pursuant to 28 U.S.C. §1334. This proceeding is a core proceeding.

2. Certain of Plaintiff's exempt property, which is property of the estate as defined by 11 U.S.C. §541 to wit, an automobile in which she has an interest, is in the possession of the Defendant.

3. At the time of her petition was filed, Debtor gave notice of the filing to Defendant, a copy of which is attached hereto as Exhibit "A".

4. Upon receipt of this notice, Defendant was required pursuant to 11 U.S.C. §542, to turn over this exempt property to the trustee in this case.

5. The trustee has not acted to recover this exempt property of the Debtor.

6. Under 11 U.S.C. §1306, the Debtor is entitled to possession of all property of the estate.

1

COMPLAINT SEEKING TURNOVER OF PROPERTY

7. Defendant has refused to turn over the property required by U.S.C. §542.

WHEREFORE, Plaintiff prays this Court:

a. Order Defendant forthwith to turn over Debtor's automobile to the trustee or the Debtor;

b. Find the Defendant is in contempt of Court for violating 11 U.S.C. §§ 362 and 542;

c. Award Plaintiff, pursuant to 11 U.S.C. §§ 105(a) and 362(h) damages, reasonable attorney fees, costs, and punitive damages for this complaint;

d. Order such relief as is just and proper.

Dated: April 12, 2017

*Beverly Ann Filener*
BEVERLY ANN FILENER, Debtor